```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```



FILED
FEB - 6 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:12MJ00006 GSA |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| JOSEPH EDWIN GABLE, ELGERON GRAVES, VINCENT GRAVES, HERMAN GRAVES, DAMONE KELLEY, CATATEA JAMES, and KEVIN EUGENE SPENCER, JR., | ) APPLICATION TO UNSEAL CRIMINAL COMPLAINT AND ARREST WARRANTS |
| Defendants. | ) |

The United States of America hereby applies to this Court for an order unsealing the arrest warrants and criminal complaint only and not the separately sealed Addendum to the affidavit in support of the criminal complaint.

This motion is based on the fact that the lead defendant in this matter was arrested this date on the criminal complaint.

Dated: February 6, 2012           Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                              By: /s/ Karen A. Escobar
                                  KAREN A. ESCOBAR
                                  Assistant U.S. Attorney

1

```
                IN THE UNITED STATES DISTRICT COURT FOR THE

                      EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,        )    1:12MJ00006 GSA
                                 )
              Plaintiff,         )
         v.                      )    ORDER TO UNSEAL ARREST WARRANTS
                                 )    AND CRIMINAL COMPLAINT
JOSEPH EDWIN GABLE,              )
ELGERON GRAVES,                  )
VINCENT GRAVES,                  )
HERMAN GRAVES,                   )
DAMONE KELLEY,                   )
CATATEA JAMES, and               )
KEVIN EUGENE SPENCER, JR.,       )
                                 )
              Defendants.        )
                                 )
_____)
```

The United States of America has applied to this Court for an Order permitting it to unseal the Criminal Complaint and Arrest Warrants in the above-captioned matters. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaint - and not the separately sealed Addendum to the affidavit in support of the

////

////

1

criminal complaint - and Arrest Warrants in the above-entitled proceedings shall be unsealed.

DATED: February 6, 2012

_____
BARBARA A. McAULIFFE
U.S. Magistrate Judge

2